UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DENNIS DELIA,

    Plaintiff,

    v.                            Case No. 6:16-cv-1901-GAP-DCI

DITECH FINANCIAL LLC and
JAMES E. ALBERTELLI, P.A.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Dennis Delia and Defendant Ditech Financial LLC jointly stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) to the dismissal with prejudice of each remaining claim and count asserted by Plaintiff against Defendant, thereby resolving all remaining claims in this action. Each party will bear its own attorney's fees, costs, and expenses.

| | |
|---|---|
| */s/ George M. Gingo* (with consent) | */s/ Jason A. Julien* |
| George M. Gingo | Michael De Simone |
| Florida Bar No. 879533 | Florida Bar No. 119739 |
| **Brevard Consumer Law Center** | **Locke Lord LLP** |
| 400 Orange Street | 525 Okeechobee Boulevard, Suite 1600 |
| Titusville, Florida 32796 | West Palm Beach, Florida 33401 |
| Telephone: 321-264-9624 | Telephone: (561) 833-7700 |
| gingo.george@gmail.com | michael.desimone@lockelord.com |
| | |
| Catherine J. Jones | Jason A. Julien |
| Florida Bar No. 0709271 | Florida Bar No. 1000983 |
| **LegalNinja, LLC** | **Locke Lord LLP** |
| 400 Orange Street | 111 S Wacker Drive, Suite 4100 |
| Titusville, Florida 32796 | Chicago, Illinois 60606 |
| Telephone: 321-888-2280 | Telephone: (312) 443-0202 |
| jones@mylegalninja.com | jason.julien@lockelord.com |
| | |
| *Attorneys for Plaintiff Dennis Delia* | *Attorneys for Defendant Ditech Financial LLC* |